UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THEODORE HINTON, JR.,

      Petitioner,

v.
                                  Case No:    2:17-cv-229-FtM-38CM
                                  Case No:    2:15-cr-173-FtM-38CM

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file.  On November 27, 2017, the Court issued an Opinion and Order granting in part and denying in part Petitioner Theodore Hinton, Jr.'s Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.  (Doc. 16).[2]  It granted his motion as to one count and denied the remaining counts as moot and without prejudice.  (Doc. 16 at 3).  It also appointed Hinton counsel for purposes of re-sentencing and ordered an amended presentence investigation report to be filed.  (Doc. 16 at 3).  The Court then resentenced Hinton on February 20, 2018 (Cr-Doc. 98), and entered an amended judgment the same day (Cr-Doc. 99).  Because the Court has resentenced Hinton and decided his § 2255 motion, the above-captioned case can be closed.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The Court refers to filings in this civil action as "Doc." and to filings in the underlying criminal docket, No. 2:15-cr-173-FtM-38CM, as "Cr-Doc."

Accordingly, it is now

**ORDERED:**

(1) The Clerk is **DIRECTED** to enter judgment in accordance with the Court's Opinion and Order dated November 27, 2017 (Doc. 16) and close the file.

(2) The Clerk is **DIRECTED** to place a copy of the Court's Opinion and Order dated November 27, 2017 (Doc. 16) in the related criminal case file.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of April 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record